```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  MIGUEL ANGEL ARAMBURO-SOLOMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 1:06-CR-00388 AWI |
|                                    ) |  |
| Plaintiff,                         ) | STIPULATION TO CONTINUE STATUS |
|                                    ) | CONFERENCE HEARING; ORDER |
| v.                                 ) |  |
|                                    ) | Date:  January 29, 2007 |
| JESUS MANUEL MARTINEZ-LOPEZ        ) | Time:  9:00 A.M. |
| and MIGUEL ANGEL ARAMBURO-         ) | Judge: Hon. Anthony W. Ishii |
| SOLOMAN,                           ) |  |
|                                    ) |  |
| Defendants.                        ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing now set for December 18, 2006, may be continued to January 29, 2007, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant Miguel Angel Aramburo-Soloman because she will be out of her office on December 18, 2006, the date now set for hearing, and will not be available for hearing.

///

///

///

///

1   The parties also agree that any delay resulting from this continuance shall be excluded in the
2   interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney


DATED: December 14, 2006              By:  /s/ Dawrence W. Rice, Jr.
                                           DAWRENCE W. RICE, JR.
                                           Assistant United States Attorney
                                           Counsel for Plaintiff


                                           DANIEL J. BRODERICK
                                           Federal Defender


DATED: December 14, 2006              By:  /s/ Ann H/ Voris
                                           ANN H. VORIS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Miguel Angel Aramburo-Soloman


DATED: December 14, 2006                    /s/  David Arredondo
                                           DAVID ARREDONDO
                                           Attorney for Defendant
                                           Jesus Manuel Martinez-Lopez
```

## PROPOSED ORDER

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 15, 2006**            /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and [Proposed] Order Thereon                    2